UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRED FARMAHIN FARAHANI,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>RONALD A. FLORIA, ADOLFO SALAZAR,<br>PLM LENDER SERVICES,<br><br>　　　　　　Defendants. | Case No.: 12-CV-04637-LHK<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

Plaintiff filed his complaint on September 5, 2012. On September 10, 2012, Plaintiff filed an ex parte motion for a temporary restraining order, which was denied by Judge Ronald Whyte the same day. ECF No. 7. On September 28, 2012, Defendant Ronald Floria filed a motion to dismiss for lack of standing and failure to state a claim pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). *See* ECF No. 13. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition to the motion to dismiss was due on October 12, 2012. As of today, January 7, 2013, Plaintiff has not filed an opposition or statement of nonopposition to this motion to dismiss.

The Court hereby orders Plaintiff to show cause why this case should not be dismissed for failure to prosecute. This Order does not authorize Plaintiff to file an untimely opposition to the motion to dismiss. Plaintiff has until January 21, 2013 to file a response to this Order to Show Cause. The hearing on Defendant Ronald Floria's motion to dismiss and case management conference scheduled for January 31, 2013 are hereby VACATED. A hearing on this Order to

1

Case No.: 11-CV-01752-LHK
ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE

1  Show Cause is set for **January 31, 2013 at 1:30 P.M.**  Plaintiff's failure to respond to this Order
2  and to appear at the January 31, 2013 hearing will result in dismissal with prejudice for failure to
3  prosecute.
4  **IT IS SO ORDERED.**
5  Dated: January 7, 2013

_____
LUCY H. KOH
United States District Judge