AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN   District of   CALIFORNIA

FRED A. FARAHANI
          Plaintiff (s),

V.

RONALD FLORIA, ET AL.
          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 12-04637

Notice is hereby given that, subject to approval by the court, __FRED FARAHANI__ substitutes
                                                                         (Party (s) Name)

__KEITH R. OLIVER__, State Bar No. __257837__ as counsel of record in
(Name of New Attorney)

place of __FRED FARAHANI, IN PRO SE__.
          (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:       OLIVERLawCorp

    Address:          450 Harrison Street, Suite 200, San Francisco, CA 94105

    Telephone:      (415) 512-7353          Facsimile (415) 738-5414

    E-Mail (Optional):

I consent to the above substitution.
Date:     3/4/2013
                                             (Signature of Party (s))

I consent to being substituted.
Date:
                                             (Signature of Former Attorney (s))

I consent to the above substitution.
Date:     3/4/2013
                                             (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    3/5/13
                                             Lucy H. Koh
                                                 Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**