UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRED FARMAHIN FARAHANI, | Case No.: 12-CV-04637-LHK |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION |
| v. | |
| RONALD A. FLORIA, ADOLFO SALAZAR, PLM LENDER SERVICES, | |
| Defendants. | |

On April 19, 2013, this Court GRANTED Defendant Floria's motion to dismiss, and gave Plaintiff leave to file an amended complaint consistent with that order within 21 days, i.e., May 10, 2013.

Plaintiff's original complaint did not enumerate any causes of action. However, Plaintiff's post-eviction motion discussed malicious abuse of process. Consequently, in its April 19, 2013 order granting Defendant Floria's motion to dismiss, this Court stated the elements of a malicious abuse of process claim and ordered Plaintiff to file a new complaint by May 10, 2013.

On April 23, 2013, Plaintiff filed a document entitled "Motion of Malicious Abuses of Process Derailing my Lawsuits and Foreclosing My Home to remove me from my Home Office and Storage Business Facility and defending myself therefore I respectfully request the Court Place a custody hold on my property at 1650 Pomona Ave. San Jose, CA 95110. I eventually intend to claim my property back. I am preparing each issue individually with Exhibit and Case Law. I

1

Case No.: 12-CV-04637-LHK
ORDER DENYING PLAINTIFF'S MOTION

intend to prove to the Court that a non-judicial foreclosure of my property on January 25, 2013 was based on illegal deed of trust and to reverse the foreclosure." ECF No. 46. In this document, Plaintiff requests that the Court order the lender to "REWRITE the loan contract," allow Plaintiff credit for $247,000.00, and to rescind the foreclosure. *Id.* at 3. The Court cannot discern exactly what this document is. To the extent this document is a "Motion of Malicious Abuses of Process," the Court DENIES this motion. As set forth in the April 19, 2013 order, Plaintiff has failed to properly state a claim of malicious abuse of process. If this document is Plaintiff's amended complaint, Plaintiff shall file a document so stating by May 10, 2013.

**IT IS SO ORDERED.**

Dated: April 26, 2013

LUCY H. KOH
United States District Judge

2

Case No.: 12-CV-04637-LHK
ORDER DENYING PLAINTIFF'S MOTION