UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRED FARMAHIN FARAHANI,<br><br>          Plaintiff,<br>v.<br><br>RONALD A. FLORIA, ADOLFO SALAZAR,<br>PLM LENDER SERVICES,<br><br>          Defendants. | Case No.: 12-CV-04637-LHK<br><br>ORDER GRANTING PLAINTIFF'S<br>MOTION TO EXTEND TIME |

On April 19, 2013, this Court GRANTED Defendant Floria's motion to dismiss, and gave Plaintiff leave to file an amended complaint consistent with that order within 21 days, i.e., May 10, 2013. ECF No. 46.

On May 6, 2013, Plaintiff filed a "Motion to Request Extension of Time from 21 Days as per Order of Docket #46 and Docket #50 to Amend My Motions of Malicious Abuse of Process." ECF No. 54. Plaintiff states that he cannot comply with the May 10, 2013 deadline due to his disability, and requests that the deadline be extended until May 24, 2013.

The Court construes Plaintiff's motion as a request to extend time to file Plaintiff's amended complaint, and GRANTS the motion. The Court cautions Plaintiff that by May 24, 2013, he must submit a full amended complaint (and not merely a "Motion of Malicious Abuse of Process"), that addresses with specificity the issues raised in the Court's order granting Defendant Floria's motion to dismiss.

1

Case No.: 12-CV-04637-LHK
ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME

1  **IT IS SO ORDERED.**

2  Dated: May 8, 2013

3  _____
   LUCY H. KOH
   United States District Judge