UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRED FARMAHIN FARAHANI,<br><br>     Plaintiff,<br> v.<br><br>RONALD A. FLORIA, ADOLFO SALAZAR, PLM LENDER SERVICES,<br><br>     Defendants. | Case No.: 12-CV-04637-LHK<br><br>ORDER DENYING PLAINTIFF'S SECOND MOTION TO EXTEND TIME |

  On April 19, 2013, this Court GRANTED Defendant Floria's motion to dismiss, and gave Plaintiff leave to file an amended complaint consistent with that order within 21 days, i.e., May 10, 2013. ECF No. 46.

  On May 6, 2013, Plaintiff filed a "Motion to Request Extension of Time from 21 Days to 35 day as per Order of Docket #46 and Docket #50 to Amend My Motions of Malicious Abuse of Process." ECF No. 54. Plaintiff stated that he could not comply with the May 10, 2013 deadline due to his disability, and requested that the deadline be extended until May 24, 2013.

  On May 8, 2013, this Court GRANTED Plaintiff's motion, but cautioned Plaintiff that by May 24, 2013, he must submit a full amended complaint (and not merely a "Motion of Malicious Abuse of Process"). ECF No. 55.

  On May 16, 2013, Plaintiff filed a "Request [sic] Reasonable Time Based Upon Physical and Mental Examination Under FRCP Rule 35." ECF No. 57. This document states in relevant

1

Case No.: 12-CV-04637-LHK
ORDER DENYING PLAINTIFF'S  SECOND MOTION TO EXTEND TIME

part, "The Court also has never been aware of how my disability affects my performance in this Court, so how much of a time extension do I need to produce the documents needed for this court. This Court has the authority to exercise Fed Rule of Procedure 35to [sic] determine the amount [sic] time a disable petitioner need for extension." *Id.* at 1.

The Court granted Plaintiff's previous request for an extension of time based on Plaintiff's own request that the deadline be extended from 21 days to 35 days. *See* ECF Nos. 54; 55. Plaintiff has not indicated any changed circumstances or new information since that previous request. The Court therefore DENIES Plaintiff's second request for an extension of time for an unspecified period.

**IT IS SO ORDERED.**

Dated: May 16, 2013

_____
LUCY H. KOH
United States District Judge