UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRED FARMAHIN FARAHANI, ) | Case No.: 12-CV-04637-LHK |
| ) | |
| Plaintiff, ) | ORDER RE: WITHDRAWAL OF |
| v. ) | COUNSEL |
| ) | |
| RONALD A. FLORIA, ADOLFO SALAZAR, ) | |
| PLM LENDER SERVICES, ) | |
| ) | |
| Defendants. ) | |

On April 4, 2013, Plaintiff's former counsel Keith R. Oliver filed a document entitled "Substitution of Attorney," stating that "Plaintiff Fred Farahani has chosen to substitute himself in to the case as Pro Se Plaintiff to replace counsel Keith R. Oliver," and requesting that the Court allow for such substitution. ECF No. 37. Subsequently, Mr. Farahani confirmed that he wished to continue pro se, both in his pre-case management conference report of April 7, 2013, ECF No. 39, and at the April 11, 2013 hearing. At the April 11, 2013 hearing, the Court recognized Mr. Farahani's pro se appearance, and referred him to FLASH for further assistance.

On April 23, 2013, Mr. Farahani again confirmed his intention to proceed pro se by filing a copy of Mr. Oliver's request for "Substitution of Attorney," signed by Mr. Farahani. ECF No. 48.

This Order clarifies that the Court has accepted Mr. Farahani's pro se appearance and subsequent filings, and Mr. Oliver's request to withdraw as counsel has been GRANTED.

1    **IT IS SO ORDERED.**

3    Dated: June 7, 2013

_____
LUCY H. KOH
United States District Judge