UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRED FARMAHIN FARAHANI, | Case No.: 12-CV-04637-LHK |
| Plaintiff, | ORDER RE: REQUESTS FOR EQUITABLE TOLLING |
| v. | |
| RONALD A. FLORIA, ADOLFO SALAZAR, PLM LENDER SERVICES, | |
| Defendants. | |

On April 19, 2013, the Court issued an order granting without prejudice Defendant Ronald A. Floria's motion to dismiss Plaintiff's complaint. Doc. No. 46 ("Dismissal Without Prejudice Order"). The Court granted Plaintiff leave to file an amended complaint within 21 days, and explicitly cautioned that "[a] failure to meet the 21 day deadline to file an amended complaint, or to address the issues identified in this order will result in a dismissal of this case with prejudice." *Id.* at 20. At Plaintiff's request, the Court subsequently extended that deadline to May 24, 2013. Doc. No. 55. By May 31, 2013, Plaintiff had not filed an amended complaint, although he had filed eight other documents subsequent to the Dismissal Without Prejudice Order. Accordingly, on May 31, 2013, the Court issued an "Order Granting Final Extension of Time to File Amended Complaint." Doc. No. 69 ("Final Extension of Time Order"). In the Final Extension of Time Order, the Court reviewed Plaintiff's previous experience with the judicial system, and his extensive filings in this case. In recognition of Plaintiff's pro se status, the Court granted Plaintiff

1

"a final extension of 30 days to file an amended complaint consistent with the requirements outlined in the Court's Dismissal Without Prejudice Order." *Id.* at 1-2. The Final Extension of Time Order emphasized that the Court "will not entertain any additional requests for extension of time." *Id.* at 2.

On June 28, 2013, Plaintiff filed a First Amended Complaint. Doc. No. 72 ("FAC"). No request for an extension of time accompanied the filing of the FAC. However, on July 8, 2013, Plaintiff filed a "Request for Equitable Tolling to Allow the Disabled Plaintiff to Complete the First Amended Complaint which Was Due by June 30, 2013; It Was Filed on June 28, 2013 Partly Incomplete." Doc. No. 74. In that filing, Plaintiff represented that his June 28, 2013 FAC was "not totally complete," and requested "equitable tolling" to permit him to file another amended complaint. *Id.* The following day, July 9, 2013, Defendant Floria filed a Motion to Dismiss the First Amended Complaint. Doc. No. 73. On July 22, 2013, Plaintiff filed a "Request for Equitable Tolling to Answer Responses of Defendants Floria and PLM," Doc. No. 77, which requests a "reasonable amount of time" to respond to the Motion to Dismiss. The document states that Plaintiff's "reply" to this motion is due on July 30, 2013. In fact, pursuant to the Civil Local Rules, Plaintiff's opposition was due on July 23, 2013. *See* Civil L.R. 7-3.[1]

The Court hereby DENIES Plaintiff's request to further amend his complaint. The Court cautioned Plaintiff repeatedly that the June 30, 2013 deadline to file his Amended Complaint was the final extension of time that he would receive, which represented an extension beyond the extended deadline that Plaintiff had originally requested. *See* Final Extension of Time Order. Defendant Floria filed a Motion to Dismiss the FAC on July 9, 2013. Doc. No. 73. The Court finds that it would be prejudicial to Defendants to permit a further extension of time, after the

---

[1] On July 23, 2013, Plaintiff filed a document that purports to be a Notice of Appeal to the Ninth Circuit, although the filing fee has not yet been paid. Doc. No. 78 ("Notice of Appeal"). The order purports to appeal Doc. Nos. 57 and 58. Doc. No. 57 is Plaintiff's own request for an extension of time to file his First Amended Complaint. Doc. No. 58 is the Court's Order of May 16, 2013, denying Doc. No. 57. The Court notes that on May 31, 2013, the Court granted Plaintiff's renewed request for an extension of time to file his First Amended Complaint, which superseded its initial denial of Plaintiff's request for an extension of time.

Case No.: 12-CV-04637-LHK
ORDER RE: REQUESTS FOR EQUITABLE TOLLING

Court explicitly cautioned Plaintiff that no further extensions of time would be permitted, and after Defendant Floria had already filed a responsive pleading.

The Court expresses doubt that Plaintiff has sufficiently addressed the deficiencies clearly articulated in the Court's Dismissal Without Prejudice Order.  Nonetheless, in light of Plaintiff's disability, the Court GRANTS Plaintiff's "Request for Equitable Tolling to Answer Responses of Defendants Floria and PLM."  Doc. No. 77.  Plaintiff requests a "reasonable time extension," without specifying a time period.  The Court will extend Plaintiff's time to file an Opposition to the Motion to Dismiss until August 7, 2013.  This is the only request for an extension of time that the Court will entertain from Plaintiff with respect to his Opposition to the Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: July 24, 2013                                     _Lucy H. Koh_____
                                                                         LUCY H. KOH
                                                                         United States District Judge