United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRED F. FARAHANI, | ) Case No.: 12-CV-04637-LHK |
| Plaintiff, | ) |
| v. | ) ORDER VACATING HEARING ON |
| | ) DEFENDANT RONALD FLORIA'S |
| RONALD FLORIA, *et al.*, | ) MOTION TO DISMISS |
| Defendants. | ) |

A hearing on Defendant Ronald Floria's Motion to Dismiss is scheduled for December 12, 2013, at 1:30 P.M. ECF No. 82. Pursuant to Civil Local Rule 7-1(b), the Court concludes that this matter is appropriate for determination without oral argument and accordingly VACATES the December 12, 2013 hearing.

**IT IS SO ORDERED.**

Dated: December 9, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge